**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00184-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  JAVIER ANTONIO MUJICA,
      a/k/a "Javier Antonio M. Lopez,"

      Defendant.

## MINUTE ORDER[1]

      This will confirm that the sentencing hearing set in the above-captioned matter is set for **August 28, 2009**, at 9:30 a.m. The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

      Dated: May 26, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.