**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00184-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAVIER ANTONIO MUJICA,
    a/k/a "Javier Antonio M. Lopez,"

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on defendant's **Unopposed Motion To Set Sentencing In Durango, Colorado** [#19] filed June 16, 2009.  The motion is well taken and is unopposed, and therefore should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Unopposed Motion To Set Sentencing In Durango, Colorado** [#19] filed June 16, 2009, is **GRANTED**;

2.  That the sentencing hearing previously set for August 28, 2009, is **VACATED**, and is continued without date;

3.  That on Wednesday, **June 24, 2009**, at 10:00 a.m., the court shall conduct a telephonic setting conference in order to reset the sentencing hearing to occur in Durango, Colorado; and

4.  That counsel for the defendant shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference with the court's Administrative Assistant, Susan Schmitz, at (303) 335-2350.

    Dated:  June 16, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.